# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JANET MADURO-POLANCO

## WARRANT FOR ARREST

CASE NUMBER: 00-4048-SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Janet Maduro-Polanco _____
                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly making false statements on loan applications, for the purpose of influencing the actions of institutions the accounts of which were insured by the Federal Deposit Insurance Corporation, and knowingly executing a scheme to defraud a financial institution, the accounts of which were insured by the Federal Deposit Insurance Corporation,

in violation of Title __18__ United States Code, Section(s) __1014 and 1344__

*FILED by ___ D.C.*
*MAR 6 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. - FT. LAUD.*

CLARENCE MADDOX
Name of Issuing Officer

*Jenny Butler* (signature)
Signature of Issuing Officer

Bail fixed at *Pretrial Detention requested*

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Fort Lauderdale, Florida    3-6-00
Date and Location

by *Lurana S. Snow* (signature)
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ Janet Maduro-Polanco _____

ALIAS: _Janet Maduro; Janet M. Madiero; Janet M. Polanco; Janet M. De Polanco; Jeanet M. Polanco_____

LAST KNOWN RESIDENCE: _175 Carl Avenue, South Spring Garden, Number 185-E, Brockton, MA 02301_____

LAST KNOWN EMPLOYMENT: _Metro West Bank, 420 Franklin St., Framingham, MA 01701-9111_____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _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_____

HEIGHT: _____   WEIGHT: _____

SEX: _Female_____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _FBI S/A Dan Tejada_____