UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6062 CR-FERGUSON

18 U.S.C. §1344      MAGISTRATE JUDGE
18 U.S.C. §1014             SNOW
18 U.S.C. §2

UNITED STATES OF AMERICA )
)
v. )
)
JANET MADURO POLANCO, )
a/k/a Janet Maduro, a/k/a Janet M. )
Madiero, a/k/a Janet M. Polanco, a/k/a )
Janet M. De Polanco, a/k/a Jeanet M. )
Polanco, )
)
            Defendant. )
_____)



## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about January 22, 1998, at Miami-Dade County, in the Southern District of Florida, the defendant,

JANET MADURO POLANCO,
a/k/a Janet Maduro, a/k/a Janet M. Madiero,
a/k/a Janet M. Polanco, a/k/a Janet M. De Polanco,
a/k/a Jeanet M. Polanco,

knowingly and willfully made and caused to be made a false statement as to a material fact, for the purpose of influencing the action of NationsBank, the deposits of which were insured by the Federal Deposit Insurance Corporation, to approve a loan in the amount of $25,000.00 in the name of Andrew J.



Tomaskovic, in that the defendant falsely stated that Andrew J. Tomaskovic had applied for the loan, when, in truth and in fact, as the defendant then and there well knew, this statement was not true.

All in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT II

On or about January 23, 1998, at Miami-Dade County, in the Southern District of Florida, the defendant,

JANET MADURO POLANCO,
a/k/a Janet Maduro, a/k/a Janet M. Madiero,
a/k/a Janet M. Polanco, a/k/a Janet M. De Polanco,
a/k/a Jeanet M. Polanco,

knowingly and willfully made and caused to be made a false statement as to a material fact, for the purpose of influencing the action of NationsBank, the deposits of which were insured by the Federal Deposit Insurance Corporation, to approve a loan in the amount of $1,000.00 in the name of Andrew J. Tomaskovic, in that the defendant falsely stated that Andrew J. Tomaskovic had applied for the loan, when, in truth and in fact, as the defendant then and there well knew, this statement was not true.

All in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT III

On or about August 12, 1998, at Broward County, in the Southern District of Florida, the defendant,

JANET MADURO POLANCO,
a/k/a Janet Maduro, a/k/a Janet M. Madiero,
a/k/a Janet M. Polanco, a/k/a Janet M. De Polanco,
a/k/a Jeanet M. Polanco,

knowingly and willfully made and caused to be made a false statement as to a material fact, for the purpose of influencing the action of Bank Atlantic, the deposits of which were insured by the Federal Deposit Insurance Corporation, to approve a loan and line of credit in the amount of $100,000.00 ($50,000.00 each) to Janet Maduro Polanco, in that the defendant falsely stated that (1) defendant owned J.M. Polanco

Sales; (2) the address of J.M. Polanco Sales was 19244 Cloister Lake Lane, Boca Raton, Florida 33498; (3) defendant had spent ten years in the textile distribution industry; (4) the total business revenues of J.M. Polanco Sales was $1,003,944.00 during 1997; (5) the net profit of J.M. Polanco Sales was $163,391 in 1997; (6) defendant received compensation in the amount of $150,000.00 from J.M. Polanco Sales in 1997; (7) the net worth of J.M. Polanco Sales was $240,249 in 1997; (8) J.M. Polanco Sales had total assets of $269,693 in 1997; (9) J.M. Polanco Sales had $65,064 in cash in 1997; and (10) defendant had a net worth of $709,500.00, when, in truth and in fact, as the defendant then and there well knew, these statements were not true.

All in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT IV

On or about December 29, 1998, at Broward County, in the Southern District of Florida, the defendant,

**JANET MADURO POLANCO,**
a/k/a Janet Maduro, a/k/a Janet M. Madiero,
a/k/a Janet M. Polanco, a/k/a Janet M. De Polanco,
a/k/a Jeanet M. Polanco,

knowingly and willfully devised and executed and attempted to execute a scheme and artifice to defraud Bank Atlantic, the deposits of which were insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds and assets owned by and under the custody and control of Bank Atlantic, by means of false and fraudulent pretenses, representations, and promises, in that the defendant deposited worthless Discover Check number 4002 for $50,000 at Bank Atlantic, purportedly to pay off part of her small business loan and line of credit from Bank Atlantic, when, in reality, the defendant knew that the check was worthless but withdrew funds against it before Bank Atlantic realized that Discover Check number 4002 was worthless.

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT V

On or about December 29, 1998, at Broward County, in the Southern District of Florida, the defendant,

JANET MADURO POLANCO,
a/k/a Janet Maduro, a/k/a Janet M. Madiero,
a/k/a Janet M. Polanco, a/k/a Janet M. De Polanco,
a/k/a Jeanet M. Polanco,

knowingly and willfully devised and executed and attempted to execute a scheme and artifice to defraud Bank Atlantic, the deposits of which were insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds and assets owned by and under the custody and control of Bank Atlantic, by means of false and fraudulent pretenses, representations, and promises, in that the defendant deposited worthless Discover Check number 4003 for $60,217.89 at Bank Atlantic, purportedly to pay off her home equity loan from Bank Atlantic, when, in reality, the defendant knew that the check was worthless but withdrew funds against it before Bank Atlantic realized that Discover Check number 4003 was worthless.

All in violation of Title 18, United States Code, Sections 1344 and 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062 CR-FERGUSON

UNITED STATES OF AMERICA

v.

JANET MADURO POLANCO

CERTIFICATE OF TRIAL ATTORNEY* MAGISTRATE JUDGE SNOW

Superseding Case Information:

**Court Division**: (Select One)

___ Miami     ___ Key West
_X_ FTL       ___ WPB     ___ FTP

New Defendant(s)                    ___ Yes  ___ No
Number of New Defendants            ___
Total number of counts              ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)    No
   List language and/or dialect    _____

4. This case will take    5    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days        _X_       Petty       ___
   II   6 to 10 days       ___       Minor       ___
   III  11 to 20 days      ___       Misdem.     ___
   IV   21 to 60 days      ___       Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.    00-4048-SNOW
   Related Miscellaneous numbers:    _____
   Defendant(s) in federal custody as of    March 7, 2000
   Defendant(s) in state custody as of     _____
   Rule 20 from the    _____    District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

_____
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached

REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

00-6062 CR-FERGUSON
MAGISTRATE JUDGE SNOW

**Defendant Name:** Janet Maduro Polanco       **Case No.:**

=================================     =====================================

Counts # I-III: False statements on loan applications to federally insured financial institutions, in violation of 18:1014

**Max. Penalty:** 30 years' imprisonment; $1,000,000 fine
==============================================================================
Counts #IV-V: Bank fraud, in violation of 18:1344

**Max. Penalty:** 30 years' imprisonment; $1,000,000 fine
==============================================================================
Count #

**Max. Penalty:**
==============================================================================
Count #:

**Max. Penalty:**
==============================================================================
Count #:

**Max. Penalty:**
==============================================================================

==============================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.