# COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JANET MADURO POLANCO (J)    CASE NO: 00-6062-CR-FERGUSON
AUSA: Robin Rosenbaum / Rosenthal    ATTY: Anna Hernandez Yanks _pres_
AGENT: _____    VIOL: _____
PROCEEDING  PTD/Arraignment/Counsel Inquiry  RECOMMENDED BOND _____
BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED _____
    BOND SET @ 500,000 CSB w/ Nebbia

    SPECIAL CONDITIONS:

1) To be cosigned by: _____

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to: _____

_Stipulated bond set w/ gov't reserving the right to request PTD should deft seek to post or reduce the bond_

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF:  4-11  //  855

            FTL/LSS
Date: March 28, 2000 Time 11:00 A.M.    TAPE #00- 017 Begin: 2314  End: 2411

6