UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062-CR
Ferguson

UNITED STATES OF AMERICA,        :

v.                                :     **NOTICE OF PERMANENT
                                        APPEARANCE AS COUNSEL
                                  :     OF RECORD**

Janet Maduro Polanco              :

*FILED MAR 6 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA.*

COMES NOW ANET MAduro Polan, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 3/20/00

Attorney  Ana Hernandez-Yanks
Address   21230 SW 97 CT
City      Miami     State FL   Zip 33189
Telephone 305-324-4050
Florida Bar No. 570060

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.