# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JANET MADURO-POLANCO

## WARRANT FOR ARREST

CASE NUMBER: 00-6062-CR-Ferguson

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Janet Maduro-Polanco____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

Indictment  ☐ Information  X Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly making false statements on loan applications, for the purpose of influencing the actions of institutions the accounts of which were insured by the Federal Deposit Insurance Corporation, and knowingly executing a scheme to defraud a financial institution, the accounts of which were insured by the Federal Deposit Insurance Corporation,

in violation of Title __18__ United States Code, Section(s) __1014 and 1344__

CLARENCE MADDOX
Name of Issuing Officer

_[signature] Butler_
Signature of Issuing Officer

Bail fixed at _Pretrial Detention requested_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Fort Lauderdale, Florida  3-6-00
Date and Location

by _Lurana S. Snow_
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at Framingham, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/6/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST 3/7/2000 | FOR: FBI | Fred Depompa, SDUSM |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____Janet Maduro-Polanco_____

ALIAS: _Janet Maduro; Janet M. Madiero; Janet M. Polanco; Janet M. De Polanco; Jeanet M. Polanco_____

LAST KNOWN RESIDENCE: _175 Carl Avenue, South Spring Garden, Number 185-E, Brockton, MA 02301_____

LAST KNOWN EMPLOYMENT: _Metro West Bank, 420 Franklin St., Framingham, MA 01701-9111_____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _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_____

HEIGHT: _____   WEIGHT: _____

SEX: __Female_____   ___RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _FBI S/A Dan Tejada_____