UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6062-CR-FERGUSON

UNITED STATES OF AMERICA

vs

JANET MADURO POLANCO

*FILED by __ D__ MAR 28 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 28, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __CUSTODY__

                     Telephone: _____

DEFENSE COUNSEL:     Name: __ANNA HERNANDEZ YANKS, ESQ.__

                     Address: _____

                     Telephone: _____

BOND (SET)/CONTINUED:   $ __500,000 CSB w/NEBBIA__

Bond hearing held: yes __✓__  no ____   Bond hearing set for _____

Dated this __28TH__ day of __MARCH__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _[signature]_
Deputy Clerk

Tape No. __00-017__

cc: Copy for Judge
    U. S. Attorney

