UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
595 Main Street
Worcester, Massachusetts 01608

**Tony Anastas**
**Clerk of Court**

**Leann T. Ouellette**
**Courtroom Clerk to**
**Charles B. Swartwood, III,**
**U.S. Magistrate Judge**
**(508) 793-0126**



March 29, 2000

United States District Court
Southern District of Florida
U.S. Courthouse
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

00-6062-CR-WDF

Re: United States   v.   Janet Maduro-Polanco
Our Case No: 00-1620-CBS
Your Case No: 00-4048-SNOW

Dear Clerk:

In connection with the above entitled Removal Proceedings, enclosed herewith please find the following documents:

(✓)  Copy of warrant
(✓)  Copy of complaint
( )  Copy of Indictment
(✓)  Original courtnotes
(✓)  Financial affidavit
( )  Notice of appearance of counsel
(✓)  Affidavit of Special Agent, George DiMatteo
(✓)  Waiver of Rule 40 hearing
(✓)  Order of appointment of counsel
( )  Order holding defendant to answer
( )  Copy of appearance bond
( )  Order setting conditions of release
(✓)  Order of commitment to another district
( )  Order finding identity and Order to appear
( )  Copy of petition on probation and supervised release
( )  Copy of exhibits

R-40
papers

Please acknowledge receipt of same on the copy of this letter and return to this office for filing.  Thank you.

Sincerely,

Leann T. Ouellette
Courtroom Deputy

# UNITED STATES DISTRICT COURT

District of ___Massachusetts___

| UNITED STATES OF AMERICA<br>V.<br><br>JANET MADURO-POLANCO | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

**DOCKETED**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest<br>00-1620-CBS | District of Offense<br>00-4048-SNOW |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

charging a violation of  18  U.S.C. §  1014

**DISTRICT OF OFFENSE**

Florida

**DESCRIPTION OF CHARGES:**

executing a scheme to defraud a financial institution

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

3/8/00
Date                             United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# United States District Court

──────── DISTRICT OF ────────

| UNITED STATES OF AMERICA | WAIVER OF RULE 40 HEARINGS |
| V. | (Excluding Probation Cases) |



CASE NUMBER: 00-1620-036

I, Jeans P. An. o                                    , understand that in the
                          S   District of   F L A                          , charges are
pending alleging violation of   /8 ~)C  (U;Y, 13 1Y            and that I have been
arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been comitted by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(   ) identity hearing

(   ) preliminary examination

(   ) identity hearing and have been informed I have no right to a preliminary examination

( ✓ ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

_3/3/00_____
Date

_____
Defense Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA :

v. : 00-1620-CBS

: MJ NO. ____-CBS

JANET MADURO-POLANCO, :
AKA JEANET MADURO-POLANCO

DOCKETED

## AFFIDAVIT OF SPECIAL AGENT GEORGE J. DiMATTEO

I, George J. DiMatteo, Special Agent of the Federal Bureau of Investigation, United States Department of Justice, do hereby make oath before Charles B. Swartwood, III, United States Magistrate Judge, District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of the Federal Bureau of Investigation, I am advised that there is presently a warrant of arrest outstanding for one Janet Maduro-Polanco, aka Jeanet Maduro-Polanco, in the Southern District of Florida for violations of the United States Code as follows: bank fraud (18 U.S.C. §§ 1014 and 1344). A copy of the Criminal Complaint upon which the warrant is based is attached hereto as Exhibit "A."

_____
George J. DiMatteo
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 7th day of March, 2000.

_____
CHARLES B. SWARTWOOD, III
U.S. Magistrate Judge

Worcester, Massachusetts

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23  REV. 1/90

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ VS _____ FOR _____ AT _____

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 00-1620-CBS
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

DOCKETED

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: MetroWest Bank
IF YES, how much do you earn per month? $ 4000
IF NO, give month and year of last employment. How much did you earn per month $ ___
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ___

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE VALUE AND DESCRIBE IT $ ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 3
List persons you actually support and your relationship to them:
Carolina Polanco — daughter
Domingo Polanco — son
Andreina Polanco — daughter

**DEBTS & MONTHLY BILLS**
Apartment/Home: Home — Luis Florez — Rental 825°°
Multiple debts
trying to go bankruptcy

SIGNATURE OF DEFENDANT: /s/ Jeanet Maduro   3/7/00

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

| JUDGE/MAG. CODE: OIBF | CRIMINAL COURTNOTE FORM (PRE-TRIAL) | DATE COMPLETED: 3/7/00 |
|---|---|---|
| DOCKET NO: 00-1620-CBS | | CLERK: Ouellette |
| AUSA: Carmody | | REPORTER: Tape |
| DEFENDANT(s) NAME(s): Janet Maduro-Polanco | | DEFENSE COUNSEL: Girard |

## ARREST

| CHARGING INSTRUMENT<br>☐ Indictment  ☐ Complaint  ☐ Probable Cause<br>☐ Information  ☒ Warrant | CHARGING DISTRICT<br>Fla. | ARRESTING DISTRICT<br>MA | DATE OF ARREST<br>3/7/00 |
|---|---|---|---|

## U.S. CUSTODY

| DISTRICT OF CUSTODY | CUSTODY BEGIN DATE | CUSTODY END DATE | STATE/OTHER CUSTODY |
|---|---|---|---|

## FIRST APPEARANCE

| CHARGING INSTRUMENT<br>☒ Indictment   ☐ Information   ☐ Complaint | DATE<br>3/7/00 |
|---|---|

## BAIL

| ☐ Hearing Held  Date / /  TIME:<br>☐ Set For  ☐ Reset For | ☐ Bail Set  ☐ Bail Reset<br>☐ Bail Continued as Set On | BAIL SET AT: |
|---|---|---|

## DETENTION

| ☐ Hearing Held  Date / /  TIME:<br>☐ Set For  ☐ Reset For | ☐ Deft. Detained Pending Hearing On  / /  at:<br>☐ Deft. Detained Pending Trial |
|---|---|

## COUNSEL

| ☒ FIRST APPEARANCE THROUGH<br>☐ CHANGE | DATE<br>3/7/00 | TYPE | ☐ CJA  ☐ SELF<br>☒ PD  ☐ RETAINED |
|---|---|---|---|

## ARRAIGNMENT

| ☐ Held  Date / /  Time:<br>☐ Set For  ☐ Reset For | Plea of ___ Entered On Counts ___<br>Counts to be Dismissed ___ | Govt. Response To U.O.A.D. Due / / |
|---|---|---|
| Motions Due By / / | Govt. Response By / / | Trial Date on Counts ___<br>☐ Set For  ☐ Reset For  / /  Time: |

## HEARING OR CONFERENCE

| ☐ Hearing  ☐ Held  ☐ Waived  Date / /<br>☐ Conference  ☐ Set For  ☐ Reset For  Time: | TYPE:  ☐ Motions  ☐ Status  ☐ Scheduling<br>☐ Removal  ☐ Prel Exam.  ☐ Addiction  ☐ Mental/Physical |
|---|---|

## CHANGE OF PLEA

| ☐ Held  Time:<br>☐ Set For  ☐ Reset For  Date / / | Plea of ___ Entered on Cts. ___<br>Plea of ___ Accepted on Cts. ___ | Counts ___<br>To Be Dismissed |
|---|---|---|
| DISPOSITION  ☐ Set For  Date / /<br>ON PLEA  ☐ Reset For  Time: | Date Accepted into PTD Program  / / | Guilty Pleas Withdrawn<br>On Cts. ___  Date / / |

## NOTES

Δ arrested on warrant out of Miami, Fla. Rule 40 Affid. filed. Δ indicates that she doesn't have sufficient assets for cl. (Just started new job) Fin affid. filed. Gov't moves for detn. After cnf. w/ cl Δ waives ID, Detn and P/C to be held in Fla.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
        Plaintiff,

v.
                        Criminal 00-1620-CBS

JANET MADURO-POLANCO,
        Defendant,

**DOCKETED**

ORDER OF APPOINTMENT OF COUNSEL

MARCH 7, 2000

SWARTWOOD, M.J.

    It is hereby ORDERED that Steffanie Girard of the Office of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE

By the Court:

Leann T. Ouellette
Deputy Clerk