# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER

**DEFT:** Janet Maduro Polanco (no deft)    **CASE NO:** 00-6062-CR-Ferguson

**AUSA:** Robin Rosenbaum / Bardfeld    **ATTNY:** Anna Hernandez Yanks

**AGENT:** _____    **VIOL:** Curt Obront

**PROCEEDING:** Status Conference    **BOND REC:** _____

**BOND HEARING HELD** - yes/no    **COUNSEL APPOINTED:** _____

___ **BOND SET @** _____

**CO-SIGNATURES:** _____

**SPECIAL CONDITIONS:** _____

FILED by ___ D.C.
APR 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

Curt Obront substituting as permanent counsel

Discovery out

3-4 days to try

no motions

no tapes

Govt ready

△ - requests addl time for motions (30 days) Granted

**NEXT COURT APPEARANCE:**   **DATE:**   **TIME:**   **JUDGE:**

**INQUIRY RE COUNSEL:** _____

**PTD/BOND HEARING:** _____

**PRELIM/ARRAIGN. OR REMOVAL:** _____

**STATUS CONFERENCE:** _____

**DATE:** 4-11-00    **TIME:** 11:00am    **TAPE #** 00-024    **PG #** 8

2773-2953

13