UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JANET MADURO POLANCO,

    Defendant.
_____/

RECEIVED & FILED IN OPEN COURT
ON 4-11-00 AT
_____, FLA.
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

## STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL

The Defendant, JANET MADURO POLANCO, through counsel moves this court to substitute CURT OBRONT, ESQ. as attorney of record in this case and to allow ANA HERNANDEZ-YANKS, ESQ. to withdraw as attorney of record. If this motion is granted, CURT OBRONT, ESQ. does hereby enter his Notice of Appearance as attorney for the Defendant.

AGREED AND STIPULATED to by counsel this 10th day of April, 2000.

_____
ANA HERNANDEZ-YANKS, ESQ.
1531 N.W. 15th Street Road
Miami, Florida 33125
Phone: (305) 324-4050

_____
CURT OBRONT, ESQ.
McKenna & Obront
2666 Tigertail Avenue, #104
Coconut Grove, Florida 33133
Phone: (305) 285-7044

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11th day of April, 2000 to the Office of the United States Attorney, 500 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
CURT OBRONT, ESQ.