UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JANET MADURO POLANCO,

    Defendant.
_____/

## ORDER SUBSTITUTING COUNSEL

THIS CAUSE having come before the Court on the Defendant's Stipulated Motion for Substitution of Counsel and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that ANA HERNANDEZ-YANKS, ESQQ. is granted leave to withdraw as attorney for the Defendant, and CURT OBRONT, ESQ. is substituted in her name, place and stead.

DONE AND ORDERED at Fort Lauderdale, Florida this ___ day of April, 2000.

~~WILKIE D. FERGUSON~~
U.S. ~~District Court~~ Magistrate Judge

Copies furnished to:

Curt Obront, Esq.
Office of the United States Attorney