UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

JANET MADURO POLANCO,

             Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on April 11, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require three to four days to try.

2.    Defense counsel requested and was granted thirty days from this date to file pretrial motions.

DATED at Fort Lauderdale, Florida this ____ day of April 2000.

                                                   BARRY S. SELTZER
                                                   United States Magistrate Judge



Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Robin Rosenbaum, Esquire
Assistant United States Attorney

Curt Obront, Esquire
2666 Tigertail Avenue, Suite 104
Miami, Florida 33133-4651
Attorney for Defendant