UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062-CR-FERGUSON

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JANET MADURO POLANCO,

     Defendant.

_____/

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney and notices his appearance for the Defendant, JANET MADURO POLANO, in this cause, and requests that copies of any and all pleadings, notices, correspondence, or other matters pertaining to this cause be directed to his office.

     Respectfully submitted,

     McKENNA & OBRONT
     Attorneys for Defendant
     Florida Bar No. 402494
     2666 Tigertail Avenue, #104
     Coconut Grove, Florida 33133
     Phone: (305) 285-7044
     Fax:   (305) 285-1235

By: _____
     CURT OBRONT, ESQ.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 13th day of April, 2000 to Robin Rosenbaum, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301.

CURT OBRONT, ESQ.