UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6062-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA )
)
)
)
)
v. )                                    **NIGHT BOX FILED**
)
JANET MADURO-POLANCO, )                  APR 1 8 2000
)
    Defendant )                          CLARENCE MADDOX
_____)        CLERK, USDC / SDFL / FTL

### GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this first supplemental response to the Standing Discovery Order. The attachments to this response are numbered pages C-116 through C-1669. Please contact the undersigned Assistant United States Attorney if any pages are missing.

                                    Respectfully submitted,

                                    THOMAS E. SCOTT
                                    UNITED STATES ATTORNEY


                          By:       _____
                                    Robin S. Rosenbaum
                                    Assistant United States Attorney
                                    Florida Bar No. 908223
                                    500 E. Broward Blvd.
                                    Suite 700
                                    Fort Lauderdale, FL 33394
                                    Tel: (954) 356-7255 ext. 3595
                                    Fax: (954) 356-7336

cc:  Special Agent Dan Tejada,
     United States Federal Bureau of Investigation



**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by first-class United States mail, postage prepaid, this ___ day of April, 2000 to Curt Obront, 2666 Tigertail Avenue, Suite 104, Coconut Grove, Florida 33133.

Robin S. Rosenbaum
Assistant United States Attorney