COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Janet Maduro-Polanco(J)# | CASE NO: | 00-6062-CR-Ferguson |
| AUSA: | Robin Rosenbaum *present* | ATTNY: | Curt Obront *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Bond Hearing | BOND REC: | |

BOND HEARING HELD: yes/no   COUNSEL APPOINTED: ___

BOND SET @ $100,000 PSB

CO-SIGNATURES: Mother, Brother

SPECIAL CONDITIONS:

FILED by ___ D.C.
MAY 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents. — surr passport by tomorrow in Miami — A. Madron
4) Rpt to PTS as directed - or - ___ x's a week/month by phone; 3 x's a week/month in person.   Mother sworn / Mrs. ___
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.   Mother sworn / ___ Madero
6) Maintain or seek full-time employment. — non financial institution
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ~~Dade~~, Broward + Palm Beach Counties
12) ___ Halfway House
    Electronic Monitoring
Reside at current address, no illegal drugs or excessive alcohol.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |

DATE: 5-15-00   TIME: 11:00am   TAPE # 00-039   PG # 15

984-1800