**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. __00-6062-CR-WDF__    Date: __6/12/00__

Clerk: ___Deloris McIntosh___    Reporter: _Paul Haferling_

USPO: _____    Interpreter: _None_

**UNITED STATES OF AMERICA vs.** _Janet N. Polanco (J)_

AUSA: _Robin Rosenbaum_
Defendant(s) Counsel: _Anna Hernandez Yanks_

Defendant(s)  Present___  Not Present___  In Custody___
Reason for hearing: _Calendar Call_

Result of hearing: _Change of Plea set for 6/19/00 @ 10:00_

Case Continued to: _____  Time: _____ A.M. For: _____