**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA           Case No. 00-6062-CR-FERGUSON

    Plaintiff(s),

vs.

JANET N. POLANCO

    Defendant(s).
_____/

FILED by _____ D.C.

JUN 16 2000

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a CHANGE OF PLEA hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on JUNE 19, 2000 at 10:00 A.M.** [ʇʜɪsʇ] minutes have been reserved for this matter.)

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 12th day of June, 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Robin Rosenbaum, AUSA
Anna Hernandez Yank, Esq.,

