UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JANET MADURO POLANCO,

    Defendant.
_____/

FILED
JUN 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## UNOPPOSED MOTION TO MODIFY PRETRIAL SERVICES REPORTING REQUIREMENTS

COMES NOW the Defendant, JANET MADURO POLANCO, by and through her undersigned counsel and hereby moves this Honorable Court to modify her reporting requirements to Pretrial Services, and as grounds in support thereof would state as follows:

1. The Defendant, JANET MADURO POLANCO, was released on bond and currently is required to report to Pretrial Services two times per week by phone and three times per week in person.

2. The Defendant is now employed and due to her work schedule is requesting that the Pretrial Services reporting requirements be modified as follows: three times per week by phone and one time per month in person.

3. Undersigned counsel has discussed this request with opposing counsel, Assistant United States Attorney Robin Rosenbaum, who has no objection to the above request.



Respectfully submitted,

McKENNA & OBRONT
Attorneys for Defendant
Florida Bar No. 402494
2666 Tigertail Avenue, #104
Coconut Grove, Florida 33133
Phone: (305) 285-7044
Fax:   (305) 285-1235

By: _____
CURT OBRONT, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 28th day of June, 2000 to Robin Rosenbaum, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301.

_____
CURT OBRONT, ESQ.