UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
　　　　Plaintiff,

Vs.　　　　　　　　　　　　Case No. 00-6062-CR-FERGUSON

JANET M. POLANCO,
　　　　Defendant.
_____/

JUL 2 6 2000

### ORDER DENYING DEFENDANT'S UNOPPOSED MOTION TO MODIFY PRETRIAL SERVICES REPORTING REQUIREMENTS

THIS MATTER is before the Court on the above-mentioned motion filed by defendant, Janet M. Polanco, on June 29, 2000. After consideration, it is

**ORDERED AND ADJUDGED** that the motion is hereby ***DENIED***

***WITHOUT PREJUDICE*** to make petition first to Pretrial Services.

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___25th___ day of July 2000.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

copies:
Robin Rosenbaum, AUSA
Curt Obront, Esq
U.S. Pre-Trial Services