UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JANET MADURO POLANCO,

    Defendant.
_____/

## UNOPPOSED MOTION TO
## CONTINUE SENTENCING

    COMES NOW the Defendant, JANET MADURO POLANCO, by and through her undersigned counsel and hereby files this Unopposed Motion to Continue Sentencing, and as grounds in support thereof would state as follows:

    1. The Defendant, JANET MADURO POLANCO, plead guilty on June 19, 2000 and was scheduled to be sentenced on September 8, 2000.

    2. Undersigned counsel as well as the Assistant United States Attorney both received a call from Dulcelina Moore, the Probation Officer assigned to this case, who advised that she needs an additional 30 days in which to complete the Presentence Investigation Report.

    3. Accordingly, undersigned counsel would respectfully request that the Court continue the sentencing until the Probation Officer has had an opportunity to prepare the Presentence Investigation Report which can be reviewed prior to the new sentencing date.

4. Undersigned counsel has discussed this matter with Assistant United States Attorney Robin Rosenbaum who has no objection to the within motion.

Respectfully submitted,

McKENNA & OBRONT
Attorneys for Defendant
Florida Bar No. 402494
2666 Tigertail Avenue, #104
Coconut Grove, Florida 33133
Phone: (305) 285-7044
Fax:   (305) 285-1235

By: _____
CURT OBRONT, ESQ.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 30th day of August, 2000 to Robin Rosenbaum, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301 and Dulcelina Moore, U.S. Probation Officer, 300 N.E. 1st Avenue, Room 315, Miami, Florida 33132.

_____
CURT OBRONT, ESQ.