UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JANET MADURO POLANCO,

    Defendant.
_____/



FILED by ___ D.C.
SEP 12 2000

### ORDER GRANTING AMENDED UNOPPOSED MOTION TO MODIFY PRETRIAL SERVICES REPORTING REQUIREMENTS

THIS CAUSE having come before the Court on the Defendant's Amended Unopposed Motion to Modify Pretrial Services Reporting Requirements, and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Defendant's Amended Unopposed Motion to Modify Pretrial Services Reporting Requirements is GRANTED.

2. The Defendant's Pretrial Services reporting requirements is modified as follows: three times per week by phone and one time per ~~month~~ week in person.



32

DONE AND ORDERED at Fort Lauderdale, Florida this 6th day of ~~August,~~ September 2000.

WILKIE D. FERGUSON
United States District Judge

Copies furnished to:

Curt Obront, Esq.
Robin Rosenbaum, AUSA
Nora Cruz, Pretrial Services