UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.                            Case No. 00-6062-CR-FERGUSON

JANET MADURO POLANCO,
    Defendant.
_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

THIS MATTER is before the Court on the above-mentioned motion filed by defendant, Janet M. Polanco, on August 31, 2000. After consideration, it is

**ORDERED AND ADJUDGED** that the motion be ***GRANTED***. Sentencing is re-set for Monday, September 25, 2000 at 9:00 a.m., before the undersigned in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Fort Lauderdale, Florida this _____ day of September 2000.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

copies:
Robin Rosenbaum, AUSA
Curt Obront, Esq
U.S. Probation Office.