UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JANET MADURO POLANCO,

    Defendant.
_____/

### NOTICE OF DEFENDANT'S
### CHANGE OF ADDRESS

COMES NOW the Defendant, JANET MADURO POLANCO, by and through the undersigned counsel and hereby informs the Court that the Defendant has changed her address to:

    Janet Maduro Polanco
    2217 S.W. 57th Avenue
    Miami, Florida 33155

    Respectfully submitted,

    McKENNA & OBRONT
    Attorneys for Defendant
    Florida Bar No. 402494
    2666 Tigertail Avenue, #104
    Coconut Grove, Florida 33133
    Phone: (305) 285-7044
    Fax:   (305) 285-1235

    By: _____
    CURT OBRONT, ESQ.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 20th day of October, 2000 to Robin Rosenbaum, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301.

_____
CURT OBRONT, ESQ.