UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JANET MADURO POLANCO,

    Defendant.

_____/

FILED by ___ D.C.
DEC 2 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### NOTICE OF COUNSEL'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective January 2, 2001, undersigned counsel's law office will be moving to:

    McKenna & Obront
    First Union Financial Center
    200 South Biscayne Boulevard
    Suite 2940
    Miami, Florida 33131
    Telephone: (305) 373-1040
    Fax:      (305) 373-2040

Undersigned counsel would request that copies of any and all pleadings, notices, correspondence, or other matters pertaining to this cause be directed to the address listed above.



Respectfully submitted,

McKENNA & OBRONT
Attorneys for Defendant
Florida Bar No. 402494
2666 Tigertail Avenue, #104
Coconut Grove, Florida 33133
Phone: (305) 285-7044
Fax:    (305) 285-1235

By: _____
CURT OBRONT, ESQ.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 22nd day of December, 2000 to Robin Rosenbaum, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301.

_____
CURT OBRONT, ESQ.