SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEC 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # _00-6062-CR-WJYF_

DEFENDANT _X. Polinco_         JUDGE _WILKIE D. FERGUSON_

Deputy Clerk _TROY T. WALKER_         DATE _December 15, 2000_

Court Reporter _Paul Haferling_         USPO _Tracey Webb_

AUSA _Robin Rosenbaum_         Deft's Counsel _Curt Obront, Esq_

COUNTS DISMISSED ___ All Others ___
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

Imprisonment _to_   Years _1_   Months _1 day_   Counts
_Right repd._

Supervised Release _2 years_

Probation   Years   Months   Counts

Comments _____

Assessment $ _100.00_         Fine $ _None_

Restitution /Other _290,461.70_

### CUSTODY

___ Remanded to the Custody of the U. S. Marshal Service   ___ Release on bond pending appeal

_✓_ Voluntary Surrender to (designated institution or U. S. Marshal Service) on _7/21/01 at 9:00_

Commitment Recommendation: _Report set 7/21/01 at 9:00am_

38