UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JANET MADURO POLANCO,

    Defendant.
_____/



## MOTION FOR PERMISSION TO CHANGE ADDRESS

COMES NOW the Defendant, JANET MADURO POLANCO, by and through the undersigned counsel and respectfully requests that this Court enter an order allowing the Defendant to change her address, and as grounds in support thereof would state as follows:

1. The Defendant, JANET MADURO POLANCO, is seeking permission to change her address to 200 Pine Valley Road, St. Cloud, Florida 34769, telephone: (407) 923-5140.

2. The Defendant has contacted her Pretrial Services Officer, Nora Cruz, who has no objection and who has advised that Ms. Polanco's Pretrial Service supervision can be transferred to the Orlando office.



Respectfully submitted,

McKENNA & OBRONT
Attorneys for Defendant
2940 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Phone: (305) 373-1040
Fax:    (305) 373-2040

By: _____
CURT OBRONT, ESQ.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 10th day of January, 2001 to Robin Rosenbaum, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301.

_____
CURT OBRONT, ESQ.