UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JANET MADURO POLANCO,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR PERMISSION TO CHANGE ADDRESS

THIS CAUSE having come before the Court on the Defendant's Motion for Permission to Change Address, and the Court being advised in he premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Defendant's Motion for Permission to Change Address is granted.

2. The Defendant shall reside at 200 Pine Valley Road, St. Cloud, Florida 34769, telephone: (407) 923-5140.

DONE AND ORDERED at Fort Lauderdale, Florida this 30th day of January, 2001.

WILKIE D. FERGUSON, JR.
United States District Judge

Copies furnished to:
Curt Obront, Esq.
Robin Rosenbaum, AUSA
Pretrial Services