UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs

JANET MADURO POLANCO,

    Defendant.
_____/

### MOTION TO EXTEND SURRENDER DATE

COMES NOW the Defendant, JANET MADURO POLANCO, by and through her undersigned counsel and respectfully moves this Honorable Court to extend her surrender date which is presently scheduled for July 20, 2001, and as grounds in support thereof would state as follows:

1. The Defendant, JANET MADURO POLANCO, appeared before this Court for sentencing on December 15, 2000, and at that time the Court reserved jurisdiction on the government's 5K1.1 Motion so that Ms. Maduro could complete her cooperation.

2. Since that time, Ms. Maduro has completed her cooperation which has now resulted in an indictment.

3. The prosecutor in this case, Robin Rosenbaum, is presently on maternity leave until the week of July 23, 2001. Accordingly, it is respectfully requested that



this Court extend the voluntary surrender date until the 5K1.1/Rule 35 Motion can be presented to the Court, which the Court indicated it would do at the time of sentencing, since there exists the possibility that Ms. Maduro's sentence may result in a non-custodial sentence.

WHEREFORE, based upon the foregoing, the Defendant respectfully prays this Honorable Court extend the voluntary surrender date until the Motion for Reduction of Sentence based on substantial assistance could be heard.

Respectfully submitted,

McKENNA & OBRONT
Attorneys for Defendant
Florida Bar No. 402494
2940 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Phone: (305) 373-1040
Fax:   (305) 373-2040

By: _____
CURT OBRONT, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of June, 2001 to Robin Rosenbaum, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301.

_____
CURT OBRONT, ESQ.