UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED ___ D.C.

JUL 1 3 2001

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.    Case No. 00-6062-CR-FERGUSON

JANET M. POLANCO,
    Defendant.
_____/

### ORDER DENYING MOTION TO EXTEND SURRENDER DATE

THIS CAUSE is before the Court on the above-mentioned motion filed by defendant, Janet M. Polanco, on June 7, 2001. After consideration, it is

**ORDERED AND ADJUDGED** that the motion is ***DENIED***. The defendant shall report to the designated institution as scheduled.

**DONE AND ORDERED** at Fort Lauderdale, Florida this _____ day of July 2001. (now for 6/7/01)

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

copies:
Robin Rosenbaum, AUSA
Curt Obront, Esq