**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*FILED JUL 19 2001 D.C.*

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6062-CR-WDF__          Date: __July 19, 2001__

Clerk: ~~Troy T. Walker~~ D. M^cIntosh   Reporter: __Steven Franklin__

USPO: _____   Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __JANET MADURO PALANCO__

AUSA: __Robin Rosenbaum__

Defendant(s) Counsel: __Curt Obront, Esq.,__

Defendant(s) Present __X__ Not Present_____ In Custody_____

Reason for hearing: __Status Conference on Sentence Reduction__

Result of hearing: __Defendant's sentence reduced to time served__
__And four (4) months home detention.__

Case Continued to:_____ Time:_____ A.M. _____

45