JUL 19 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,
Vs.                    Case No. 00-6062-CR-FERGUSON

JANET MADURO PALANCO,
    Defendant.
_____/

### ORDER GRANTING EMERGENCY MOTION TO SET CASE FOR STATUS CONFERENCE OR SENTENCING

THIS MATTER is before the Court on the above-mentioned motion, filed 7/16/01. After consideration and a hearing on such motion, it is

**ORDERED AND ADJUDGED** that the motion is ***GRANTED***. The defendant's sentence is hereby reduced to **TWO (2) months** of imprisonment with credit for time served, to be followed by home confinement with electronic monitoring as a condition of supervised release. All other conditions to the Judgment in a Criminal Case shall remain in full effect.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 18th day of July 2001.

                    WILKIE D. FERGUSON, JR.,
                    UNITED STATES DISTRICT JUDGE

Robin Rosenbaum, AUSA, Curt Obront, Esq, U.S. Marshal and U.S. Probation