PROB 12C
(SD/FL 9/96)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062-CR-FERGUSON (Jordan)

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: POLANCO, Janet Maduro
Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson Jr., U.S. District Judge, Fort Lauderdale, Florida

Date of Original Sentence: December 15, 2000

| | |
|---|---|
| Original Offense: | Making False Statement on Loan Application, In violation of Title 18 U.S.C. Sec. 1014, a Class B Felony. |
| Original Sentence: | One year and one day custody. Three years supervised release. $290,461.70 restitution. Amended on July 18, 2001 to Two months incarceration (credited time served), plus a period of House Arrest/Electronic Monitoring. All other conditions to remain the same. |

Type of Supervision: Supervised Release    Date Supervision Commenced: November 17, 2001

Assistant U.S. Attorney:
Robin S. Rosenbaum

Defense Attorney:
Curt D. Obront
(305) 285-1235

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Violation #1 | Violation of Standard Condition #2:- The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. In that the defendant never reported to supervision and has now, in fact, absconded from supervision. |

PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 41764

Violation #2     Violation of Standard Condition #3:- The defendant shall answer truthfully all inquiries of the probation officer, and follow the instructions of the probation officer. In that the defendant failed to report to the probation office on June 1, 2004, as instructed on May 26, 2004.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
[X]   revoked.
[]    extended for _ years, for a total term of _ years.

[]    The conditions of supervision should be modified as follows:

Respectfully submitted,

by *[signature]*

Manuel M. Garcia
U.S. Probation Officer
Phone: 305-412-2302
Date: June 2, 2004

---

THE COURT ORDERS:

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

*[signature]*
Signature of Judicial Officer

6-11-04
Date